UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TASHAY ROBERTS,<br>　　　　Plaintiff<br><br>v.<br><br>WORLDWIDE FLIGHT SERVICES, INC.<br>AND ADECCO USA, INC.<br>　　　　Defendants | CIVIL ACTION NO:<br><br><br><br><br><br>JULY 21, 2023 |

**PETITION FOR REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Adecco USA, Inc. ("Adecco"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby gives notice of the removal of this action pending in the Connecticut Superior Court, Judicial District of Hartford, to the United States District Court for the District of Connecticut. In support of removal, Adecco states as follows:

**The State Court Action**

1. On or about June 22, 2023, an action was commenced against Adecco in the Superior Court Judicial District of Hartford, in the State of Connecticut, captioned <u>Tashay Roberts v. Worldwide Flight Services, Inc. and Adecco USA, Inc.</u>, bearing Docket No. HHD-CV23-6170955-S ("State Action"), by service of process on Adecco's agent for service in Connecticut.

2. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Adecco in the State Action are attached hereto as **Exhibit A.**

1

**Grounds for Removal: Diversity Jurisdiction**

3. The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

4. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

5. The Complaint alleges that Plaintiff was a resident of Bloomfield, Connecticut at all times relevant to the State Action. Therefore, upon information and belief, Plaintiff is a citizen of Connecticut for the purposes of a diversity jurisdiction analysis.

6. Adecco USA, Inc. is a corporation incorporated in the state of Delaware with its principal place of business in Jacksonville, Florida.

7. Worldwide Flight Services, Inc. is a corporation incorporated in the state of Delaware with its principal place of business in Jamaica, New York.

8. Therefore, this Court has jurisdiction over the claims made by Plaintiff, and removal is appropriate.

9. The service of process on Adecco's agent on June 22, 2023, was Adecco's first receipt of the process in the State Action. Thus, the Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of Adecco's receipt of the initial pleading in the State Action.

10. The matter in controversy exceeds the sum of value of $75,000.00 exclusive of interest and costs.

**Compliance with Procedural Requirements**

11. On June 22, 2023, Co-Defendant Worldwide Flight Services, Inc. was notified of the State Court Action by service of process on its agent for service.

12. The undersigned counsel contacted counsel for Defendant Worldwide Flight Services, Inc. who have advised that Worldwide Flight Services, Inc. consents to the filing of this removal.

13. There are no other defendants in this case.

14. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the District of Connecticut because the county from which the State Action is being removed lies within the State of Connecticut.

15. Notice of this Petition will be filed promptly with the Superior Court for the Judicial District of Hartford, as required by 28 U.S.C. § 1446(d).

## Conclusion

Having fulfilled all statutory requirements, Defendant Adecco USA, Inc., removes this action to this Court from the Superior Court Judicial District of Hartford, Connecticut, and requests that this Court assume jurisdiction over this matter as provided by law.

                                      **DEFENDANT,**
                                      **ADECCO USA, INC.**

By:   */s/ Allison P. Dearington*
         Allison P. Dearington (ct29277)
         allison.dearington@jacksonlewis.com
         Jessica L. Chamberlin (ct30942)
         jessica.chamberlin@jacksonlewis.com
         Jackson Lewis P.C.
         90 State House Square, 8th Floor
         Hartford, CT 06103
         P: (860) 522-0404
         F: (860) 247-1330

## CERTIFICATION OF SERVICE

I hereby certify that on July 21, 2023, a copy of the foregoing was served by electronic mail on the following counsel of record:

>Emanuele R. Cicchiello
>Matthew D. Paradisi
>manny@cicchielloesq.com
>mparadisi@cicchielloesq.com
>Cicchiello & Cicchiello, LLP
>364 Franklin Avenue
>Hartford, CT 06114


>Bond, Schoeneck & King PLLC
>One Lincoln Center
>110 West Fayette St
>Syracuse, NY 13202

>>*/s/ Jessica L. Chamberlin*
>>Jessica L. Chamberlin